UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA, STEVEN MORA | Case No.: 11-CV-02319-LHK |
| Plaintiffs, | |
| v. | |
| LITTON LOAN SERVICING, QUALITY LOAN SERVICE CORP., RICHARD MCMAHAN, CORALEE MCMAHAN, NEW CENTURY MORTGAGE CORPORATION, COLDWELL REALTOR, GAY DALES INC. REALTORS, DOES 1-100, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| Defendants. | |

Plaintiffs filed their complaint on May 9, 2011. On June 14, 2011, defendant Gay Dales Realtor Inc., dba Coldwell Banker Gay Dales (erroneously sued as "Coldwell Realtor, Gay Dales Inc. Realtors") filed a motion to dismiss the complaint for lack of jurisdiction and failure to state a claim. *See* Dkt. No. 5. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the motion to dismiss was due 14 days after the motion to dismiss was filed, or on June 28, 2011. As of today, July 1, 2011, no opposition or statement of nonopposition has been filed.

The Court hereby orders Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs shall submit their response **within 15 days of the date of this Order**. This Order does not authorize Plaintiffs to file an untimely opposition to the motion to

1

Case No.: 11-CV-02319-LHK
ORDER TO SHOW CAUSE

1  dismiss.  Failure to respond to this Order will result in dismissal without prejudice for failure to
2  prosecute.
3  **IT IS SO ORDERED.**
4  Dated: July 1, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-02319-LHK
ORDER TO SHOW CAUSE