IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNABE MORA,

    Plaintiff,

  v.

COLDWELL BANKER, et al.,

    Defendant.

***E-FILED - 7/2/12***

CASE NO.: C-12-03259-RMW

**ORDER OF REFERRAL**

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Lucy H. Koh for consideration of whether the case is related to *Mora, et al. v. Litton Loan Servicing, et al. - Case No.: C-11-02319-LHK.*

IT IS SO ORDERED.

DATED: July 2, 2012

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

1
2
3   Copy of Order E-Filed to Counsel of Record:
4   Copy of Order Mailed on 7/2/12 to:                    BY: JG/RMW Chambers

5   **Bernabe Mora**
    11305 Del Monte
    #18
6   Castroville, CA 95012

7
            *Pro Se Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28